AO 442 (12/85) Warrant for Arrest

F.d: 11838218

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

**COPY**

UNITED STATES OF AMERICA,

vs.

RISE ROBINSON

**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:25-cr-225
First Superseding Indictment
**UNDER SEAL**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest RISE ROBINSON and bring him or her forthwith to the magistrate to answer a(n)

☒ SS Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Wire Fraud; Money Laundering.

in violation of **Title 18, United States Code, Section(s) 1343; 1957.**

KEVIN P. WEIMER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

July 23, 2025  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received: _____

Date of Arrest: _____

Name and Title of Arresting Officer

Signature of Arresting Officer